FILED

2012 AUG -2   PM 4: 52

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CR 12 - 12 00739 |
| )                             Plaintiff,    ) | I N D I C T M E N T |
| v.    ) | [18 U.S.C. § 371: Conspiracy; |
| PETER KATS,    )<br> aka "Pyotr Kats,"    )<br>AZIZ NURHAN,    )<br>VLADLEN BOTVINSKY,    )<br>AREG BEZIK,    )<br>MURAD MAGOMEDGADZHIEV,    )<br>GUSEYN MAGOMEDGADZHIEV,    )<br>ANDRE BEZIKI,    )<br>PAVEL GROYSMAN,    )<br>VITALY KHAYTOVICH,    )<br>RUSLAN MAGOMEDGADZHIEV,    )<br>IZUMRUD MAGOMEDGADZHIYEVA,    )<br> aka "Izumrud    )<br>   Magomedgadzhiev,"    )<br>ALEXANDER MAKHTIN,    )<br>LEV MONOSHEVICH,    )<br>INNA KOVAL,    )<br>ALEXANDER SHERIF,    )<br>ARMAN APERIAN, and    )<br>AELITA KULIYEVA,    )<br>    )<br>                             Defendants.    )<br>    )<br>    )<br>    ) | 31 U.S.C. §§ 5324(a)(3),<br>(d)(2): Structuring<br>Transaction to Evade Reporting<br>Requirement; 18 U.S.C. § 2(a):<br>Aiding and Abetting] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 371]

A.    OBJECTS OF THE CONSPIRACY

Beginning on or about January 8, 2009, and continuing to on or about April 27, 2011, in Los Angeles County, within the Central District of California, and elsewhere, defendants PETER KATS, also known as ("aka") "Pyotr Kats" ("KATS"); AZIZ NURHAN ("NURHAN"); VLADLEN BOTVINSKY ("BOTVINSKY"); AREG BEZIK ("BEZIK"); MURAD MAGOMEDGADZHIEV ("M. MAGOMEDGADZHIEV"); GUSEYN MAGOMEDGADZHIEV ("G. MAGOMEDGADZHIEV"); ANDRE BEZIKI ("BEZIKI"); PAVEL GROYSMAN ("GROYSMAN"); VITALY KHAYTOVICH ("KHAYTOVICH"); RUSLAN MAGOMEDGADZHIEV ("R. MAGOMEDGADZHIEV"); IZUMRUD MAGOMEDGADZHIYEVA, aka "Izumrud Magomedgadzhiev" ("MAGOMEDGADZHIYEVA"); ALEXANDER MAKHTIN ("MAKHTIN"); LEV MONOSHEVICH ("MONOSHEVICH"); INNA KOVAL ("KOVAL"); ALEXANDER SHERIF ("SHERIF"); ARMAN APERIAN ("APERIAN"); and AELITA KULIYEVA ("KULIYEVA"), and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally commit the following offenses against the United States: Structuring, attempting to structure, and assisting in structuring transactions with domestic financial institutions for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a), in violation of Title 31, United States Code, Section 5324(a)(3).

B.   MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE
     ACCOMPLISHED

     The objects of the conspiracy were to be accomplished, in
substance, as follows:

     1.   Defendants KATS and NURHAN would maintain bank account
xxxxxx5727 in the name of Independent Wholesale Drug, Inc.
("IWD"), a business purportedly operated by defendant KATS, at
Wells Fargo Bank, a domestic financial institution (the "IWD
Account").

     2.   Defendants KATS and NURHAN, in varying combinations
with defendants BOTVINSKY, BEZIK, M. MAGOMEDGADZHIEV, G.
MAGOMEDGADZHIEV, BEZIKI, GROYSMAN, KHAYTOVICH, R.
MAGOMEDGADZHIEV, MAGOMEDGADZHIYEVA, MAKHTIN, MONOSHEVICH, KOVAL,
SHERIF, APERIAN, and/or KULIYEVA, for the purpose of attempting
to avoid triggering Wells Fargo Bank's obligation to file a
Currency Transaction Report, would in a single day withdraw funds
in excess of $10,000 from the IWD Account in the following
manner:

          (a) Defendants KATS or NURHAN would sign a withdrawal
slip to withdraw $10,000 or less in United States currency as
well as to purchase multiple cashier's checks, each in the amount
of $10,000 or less, made payable to defendants NURHAN, BOTVINSKY,
BEZIK, M. MAGOMEDGADZHIEV, G. MAGOMEDGADZHIEV, BEZIKI, GROYSMAN,
KHAYTOVICH, R. MAGOMEDGADZHIEV, MAGOMEDGADZHIYEVA, MAKHTIN,
MONOSHEVICH, KOVAL, SHERIF, APERIAN, and/or KULIYEVA, in
different combinations.

          (b) Defendants KATS, NURHAN, BOTVINSKY, BEZIK, M.

3

1  MAGOMEDGADZHIEV, G. MAGOMEDGADZHIEV, BEZIKI, GROYSMAN,

2  KHAYTOVICH, R. MAGOMEDGADZHIEV, MAGOMEDGADZHIYEVA, MAKHTIN,

3  MONOSHEVICH, KOVAL, SHERIF, APERIAN, and/or KULIYEVA, in

4  different combinations, would endorse and cash the cashier's

5  checks purchased from the IWD Account on the same day as

6  purchased, often within minutes of the checks being purchased, or

7  within the next several days, and often at the same bank branch

8  where the cashier's checks had been purchased.

9         (c)  Defendants KATS and NURHAN would each withdraw

10  $10,000 in United States currency from the IWD Account on the

11  same day but at different times of the day and, at times, at

12  different Wells Fargo Bank branch locations.

13  C.    OVERT ACTS

14        In furtherance of the conspiracy and to accomplish the

15  objects of the conspiracy, defendants KATS, NURHAN, BOTVINSKY,

16  BEZIK, M. MAGOMEDGADZHIEV, G. MAGOMEDGADZHIEV, BEZIKI, GROYSMAN,

17  KHAYTOVICH, R. MAGOMEDGADZHIEV, MAGOMEDGADZHIYEVA, MAKHTIN,

18  MONOSHEVICH, KOVAL, SHERIF, APERIAN, and KULIYEVA, and others

19  known and unknown to the Grand Jury, committed and caused to be

20  committed various overt acts within the Central District of

21  California, and elsewhere, namely, same day and/or consecutive

22  United States currency and cashier's check withdrawals from the

23  IWD Account in amounts of $10,000 or less, on or about the

24  following dates:

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 1 | 1/8/09 | $20,000 | KATS KOVAL |

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 2 | 1/9/09 | $40,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>KHAYTOVICH |
| 3 | 1/13/09 | $50,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>KHAYTOVICH<br>KOVAL |
| 4 | 1/15/09 | $30,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV |
| 5 | 1/20/09 | $30,000 | KATS<br>M. MAGOMEDGADZHIEV<br>KHAYTOVICH |
| 6 | 1/21/09 | $30,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV |
| 7 | 1/23/09 | $40,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>KHAYTOVICH |
| 8 | 1/26/09 | $40,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>KHAYTOVICH |
| 9 | 1/27/09 | $50,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>KHAYTOVICH<br>MAKHTIN |
| 10 | 1/28/09 | $40,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>KHAYTOVICH |
| 11 | 1/30/09 | $30,000 | KATS<br>M. MAGOMEDGADZHIEV |
| 12 | 2/4/09 | $40,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>MAKHTIN |

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 13 | 2/5/09 | $40,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>KHAYTOVICH |
| 14 | 2/9/09 | $50,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>KHAYTOVICH<br>KOVAL |
| 15 | 2/10/09 | $40,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>KHAYTOVICH |
| 16 | 2/11/09 | $40,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>KHAYTOVICH |
| 17 | 2/12/09 | $20,000 | KATS<br>G. MAGOMEDGADZHIEV |
| 18 | 2/13/09 | $40,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>MAKHTIN |
| 19 | 3/12/09 | $30,000 | KATS<br>KOVAL |
| 20 | 3/20/09 | $20,000 | KATS<br>KHAYTOVICH |
| 21 | 3/21/09 | $20,000 | KATS<br>M. MAGOMEDGADZHIEV |
| 22 | 3/24/09 | $40,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>KHAYTOVICH |
| 23 | 4/10/09 | $30,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV |
| 24 | 4/14/09 | $30,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV |

6

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 25 | 4/16/09 | $20,000 | KATS<br>M. MAGOMEDGADZHIEV |
| 26 | 4/21/09 | $20,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV |
| 27 | 5/4/09 | $28,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV |
| 28 | 5/14/09 | $28,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV |
| 29 | 5/19/09 | $30,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV |
| 30 | 5/21/09 | $33,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV |
| 31 | 5/22/09 | $30,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV |
| 32 | 5/27/09 | $20,000 | KATS<br>KHAYTOVICH |
| 33 | 5/29/09 | $40,000 | KATS<br>KHAYTOVICH<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV |
| 34 | 6/4/09 | $29,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV |
| 35 | 6/5/09 | $30,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV |
| 36 | 6/6/09 | $40,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>R. MAGOMEDGADZHIEV |
| 37 | 6/8/09 | $30,000 | KATS<br>KHAYTOVICH<br>MAKHTIN<br>SHERIF |

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 38 | 6/9/09 | $30,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV |
| 39 | 6/10/09 | $40,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>KHAYTOVICH |
| 40 | 6/11/09 | $40,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>KHAYTOVICH |
| 41 | 9/1/09 | $20,000 | KATS<br>KHAYTOVICH |
| 42 | 9/15/09 | $16,000 | KATS<br>G. MAGOMEDGADZHIEV |
| 43 | 9/17/09 | $25,000 | KATS<br>G. MAGOMEDGADZHIEV<br>KHAYTOVICH |
| 44 | 9/25/09 | $30,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV |
| 45 | 9/26/09 | $25,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV |
| 46 | 10/9/09 | $25,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV |
| 47 | 10/27/09 | $40,000 | KATS<br>MAKHTIN<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV |
| 48 | 2/2/10 | $20,000 | KATS<br>NURHAN |
| 49 | 2/12/10 | $40,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV |
| 50 | 2/13/10 | $22,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV |

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 51 | 2/19/10 | $40,000 | KATS<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>NURHAN |
| 52 | 2/23/10 | $50,000 | KATS<br>NURHAN<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>GROYSMAN |
| 53 | 3/2/10 | $60,000 | KATS<br>NURHAN<br>M. MAGOMEDGADZHIEV<br>GROYSMAN<br>MAGOMEDGADZHIYEVA<br>MAKHTIN |
| 54 | 3/3/10 | $70,000 | KATS<br>NURHAN<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>R. MAGOMEDGADZHIEV<br>MAGOMEDGADZHIYEVA<br>SHERIF |
| 55 | 3/9/10 | $50,000 | KATS<br>NURHAN<br>M. MAGOMEDGADZHIEV<br>R. MAGOMEDGADZHIEV<br>MAGOMEDGADZHIYEVA |
| 56 | 3/12/10 | $50,000 | KATS<br>NURHAN<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>R. MAGOMEDGADZHIEV |
| 57 | 3/15/10 | $20,000 | KATS<br>NURHAN |
| 58 | 3/16/10 | $20,000 | KATS<br>NURHAN |
| 59 | 3/17/10 | $20,000 | KATS<br>NURHAN |
| 60 | 3/22/10 | $50,000 | KATS<br>NURHAN<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>R. MAGOMEDGADZHIEV |

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 61 | 3/23/10 | $60,000 | KATS<br>NURHAN<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>GROYSMAN<br>R. MAGOMEDGADZHIEV |
| 62 | 3/24/10 | $55,000 | KATS<br>NURHAN<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>GROYSMAN<br>R. MAGOMEDGADZHIEV |
| 63 | 3/25/10 | $27,000 | KATS<br>NURHAN<br>G. MAGOMEDGADZHIEV<br>R. MAGOMEDGADZHIEV |
| 64 | 3/26/10 | $20,000 | KATS<br>NURHAN |
| 65 | 3/29/10 | $20,000 | KATS<br>NURHAN |
| 66 | 3/30/10 | $60,000 | KATS<br>NURHAN<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>R. MAGOMEDGADZHIEV<br>MAGOMEDGADZHIYEVA |
| 67 | 3/31/10 | $60,000 | KATS<br>NURHAN<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>R. MAGOMEDGADZHIEV<br>MAGOMEDGADZHIYEVA |
| 68 | 4/1/10 | $60,000 | KATS<br>NURHAN<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>R. MAGOMEDGADZHIEV<br>MAGOMEDGADZHIYEVA |

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 69 | 4/2/10 | $70,000 | KATS<br>NURHAN<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>GROYSMAN<br>R. MAGOMEDGADZHIEV<br>MAGOMEDGADZHIYEVA |
| 70 | 4/3/10 | $50,000 | KATS<br>NURHAN<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>R. MAGOMEDGADZHIEV |
| 71 | 4/8/10 | $20,000 | KATS<br>NURHAN |
| 72 | 4/9/10 | $70,000 | KATS<br>NURHAN<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>GROYSMAN<br>R. MAGOMEDGADZHIEV<br>MAGOMEDGADZHIYEVA |
| 73 | 4/19/10 | $13,500 | KATS<br>NURHAN |
| 74 | 4/23/10 | $40,000 | KATS<br>NURHAN<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV |
| 75 | 4/26/10 | $40,000 | KATS<br>NURHAN<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV |
| 76 | 4/28/10 | $60,000 | KATS<br>NURHAN<br>M. MAGOMEDGADZHIEV<br>G. MAGOMEDGADZHIEV<br>R. MAGOMEDGADZHIEV<br>MAGOMEDGADZHIYEVA |
| 77 | 5/4/10 | $20,000 | KATS<br>NURHAN<br>GROYSMAN |
| 78 | 5/5/10 | $20,000 | KATS<br>NURHAN |

11

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 79 | 5/7/10 | $20,000 | KATS<br>NURHAN<br>GROYSMAN |
| 80 | 5/12/10 | $21,500 | KATS<br>NURHAN |
| 81 | 5/13/10 | $20,000 | KATS<br>NURHAN |
| 82 | 5/17/10 | $30,000 | KATS<br>NURHAN<br>GROYSMAN |
| 83 | 5/19/10 | $29,000 | KATS<br>NURHAN<br>GROYSMAN |
| 84 | 5/20/10 | $19,000 | KATS<br>NURHAN |
| 85 | 5/21/10 | $50,000 | KATS<br>NURHAN<br>GROYSMAN<br>APERIAN<br>KULIYEVA |
| 86 | 5/22/10 | $20,000 | KATS<br>NURHAN |
| 87 | 5/24/10 | $30,000 | KATS<br>GROYSMAN<br>APERIAN<br>KULIYEVA |
| 88 | 5/25/10 | $45,000 | KATS<br>NURHAN<br>GROYSMAN<br>APERIAN<br>KULIYEVA |
| 89 | 5/26/10 | $29,000 | KATS<br>NURHAN<br>GROYSMAN |
| 90 | 6/2/10 | $20,000 | KATS<br>NURHAN |
| 91 | 6/3/10 | $20,000 | KATS<br>NURHAN |
| 92 | 6/4/10 | $30,000 | KATS<br>NURHAN |

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 93 | 6/8/10 | $20,000 | KATS<br>NURHAN |
| 94 | 6/9/10 | $20,000 | KATS<br>NURHAN |
| 95 | 6/16/10 | $30,000 | KATS<br>NURHAN<br>GROYSMAN |
| 96 | 6/17/10 | $30,000 | KATS<br>NURHAN<br>GROYSMAN |
| 97 | 6/18/10 | $30,000 | KATS<br>NURHAN<br>GROYSMAN |
| 98 | 6/21/10 | $30,000 | KATS<br>NURHAN<br>GROYSMAN |
| 99 | 6/22/10 | $30,000 | KATS<br>NURHAN<br>SHERIF |
| 100 | 6/23/10 | $40,000 | KATS<br>NURHAN<br>GROYSMAN<br>SHERIF |
| 101 | 6/24/10 | $20,000 | KATS<br>NURHAN |
| 102 | 6/25/10 | $30,000 | KATS<br>NURHAN<br>GROYSMAN |
| 103 | 6/28/10 | $40,000 | KATS<br>NURHAN<br>GROYSMAN<br>MONOSHEVICH |
| 104 | 6/29/10 | $30,000 | KATS<br>NURHAN<br>GROYSMAN |
| 105 | 6/30/10 | $40,000 | KATS<br>NURHAN<br>GROYSMAN<br>MONOSHEVICH |

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 106 | 7/1/10 | $30,000 | KATS NURHAN GROYSMAN |
| 107 | 7/2/10 | $40,000 | KATS NURHAN GROYSMAN MONOSHEVICH |
| 108 | 7/6/10 | $20,000 | KATS NURHAN |
| 109 | 7/12/10 | $20,000 | KATS NURHAN |
| 110 | 7/15/10 | $30,000 | KATS NURHAN GROYSMAN |
| 111 | 7/16/10 | $30,000 | KATS NURHAN GROYSMAN |
| 112 | 7/19/10 | $30,000 | KATS NURHAN GROYSMAN |
| 113 | 7/20/10 | $30,000 | KATS NURHAN GROYSMAN |
| 114 | 7/21/10 | $20,000 | KATS NURHAN |
| 115 | 7/22/10 | $20,000 | KATS NURHAN |
| 116 | 7/23/10 | $20,000 | KATS NURHAN |
| 117 | 7/24/10 | $30,000 | KATS NURHAN MONOSHEVICH |
| 118 | 7/27/10 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |
| 119 | 7/28/10 | $20,000 | KATS NURHAN |

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 120 | 7/29/10 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |
| 121 | 7/30/10 | $30,000 | KATS NURHAN BOTVINSKY |
| 122 | 7/31/10 | $20,000 | KATS NURHAN |
| 123 | 8/3/10 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |
| 124 | 8/4/10 | $30,000 | KATS NURHAN BOTVINSKY |
| 125 | 8/5/10 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |
| 126 | 8/9/10 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |
| 127 | 8/10/10 | $30,000 | KATS NURHAN BOTVINSKY |
| 128 | 8/11/10 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |
| 129 | 8/12/10 | $30,000 | KATS NURHAN BOTVINSKY |
| 130 | 8/13/10 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |
| 131 | 8/16/10 | $20,000 | NURHAN BOTVINSKY BEZIK |

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 132 | 8/17/10 | $30,000 | KATS NURHAN BEZIK |
| 133 | 8/18/10 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |
| 134 | 8/19/10 | $30,000 | KATS NURHAN BOTVINSKY |
| 135 | 8/20/10 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |
| 136 | 8/23/10 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |
| 137 | 8/24/10 | $30,000 | KATS NURHAN BOTVINSKY |
| 138 | 8/25/10 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |
| 139 | 8/26/10 | $30,000 | KATS NURHAN BOTVINSKY |
| 140 | 8/27/10 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |
| 141 | 8/30/10 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |
| 142 | 9/1/10 | $30,000 | KATS NURHAN BOTVINSKY |

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 143 | 9/2/10 | $40,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK |
| 144 | 9/3/10 | $40,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK |
| 145 | 9/7/10 | $40,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK |
| 146 | 9/8/10 | $40,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK |
| 147 | 9/9/10 | $40,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK |
| 148 | 9/10/10 | $20,000 | KATS<br>NURHAN |
| 149 | 9/13/10 | $40,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK |
| 150 | 9/14/10 | $30,000 | KATS<br>NURHAN<br>BOTVINSKY |
| 151 | 9/15/10 | $40,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK |
| 152 | 9/16/10 | $30,000 | KATS<br>NURHAN<br>BOTVINSKY |
| 153 | 9/17/10 | $30,000 | KATS<br>NURHAN<br>BEZIK |
| 154 | 9/20/10 | $20,000 | KATS<br>NURHAN |

17

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 155 | 9/22/10 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |
| 156 | 9/23/10 | $40,000 | KATS NURHAN BOTVINSKY BEZIKI |
| 157 | 9/24/10 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |
| 158 | 9/27/10 | $30,000 | KATS NURHAN BEZIKI |
| 159 | 9/28/10 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |
| 160 | 9/29/10 | $30,000 | KATS NURHAN BEZIKI |
| 161 | 9/30/10 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |
| 162 | 10/5/10 | $50,000 | KATS NURHAN BOTVINSKY BEZIK BEZIKI |
| 163 | 10/6/10 | $50,000 | KATS NURHAN BOTVINSKY BEZIK BEZIKI |
| 164 | 10/7/10 | $40,000 | KATS NURHAN BEZIK BEZIKI |

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 165 | 10/8/10 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 166 | 10/11/10 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 167 | 10/12/10 | $40,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK |
| 168 | 10/13/10 | $40,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK |
| 169 | 10/26/10 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 170 | 10/27/10 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 171 | 10/28/10 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 172 | 10/29/10 | $50,000 | KATS<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 173 | 11/2/10 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 174 | 11/3/10 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 175 | 11/4/10 | $30,000 | KATS<br>NURHAN<br>BOTVINSKY |
| 176 | 11/5/10 | $30,000 | KATS<br>BEZIK<br>BEZIKI |
| 177 | 11/8/10 | $80,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 178 | 11/9/10 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 179 | 11/10/10 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 180 | 11/12/10 | $20,000 | KATS<br>NURHAN |
| 181 | 11/15/10 | $90,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 182 | 11/17/10 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 183 | 11/29/10 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 184 | 11/30/10 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 185 | 12/3/10 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 186 | 12/6/10 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 187 | 12/7/10 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 188 | 12/8/10 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 189 | 12/13/10 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 190 | 12/14/10 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 191 | 12/15/10 | $40,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIKI |

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 192 | 12/21/10 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 193 | 12/22/10 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 194 | 12/23/10 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 195 | 1/5/11 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 196 | 1/6/11 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 197 | 1/7/11 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 198 | 1/11/11 | $90,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 199 | 1/12/11 | $20,000 | KATS<br>NURHAN |
| 200 | 1/13/11 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 201 | 1/14/11 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 202 | 1/18/11 | $40,000 | NURHAN<br>BOTVINSKY<br>BEZIK |
| 203 | 1/19/11 | $40,000 | KATS<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 204 | 1/21/11 | $40,000 | NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 205 | 1/24/11 | $30,000 | NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 206 | 1/25/11 | $40,000 | NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 207 | 1/27/11 | $20,000 | KATS<br>NURHAN |
| 208 | 1/28/11 | $31,800 | KATS<br>NURHAN<br>BEZIK<br>BEZIKI |
| 209 | 1/31/11 | $60,000 | KATS<br>NURHAN<br>BEZIK<br>BEZIKI |
| 210 | 2/2/11 | $30,000 | NURHAN<br>BOTVINSKY<br>BEZIK |
| 211 | 2/3/11 | $30,000 | KATS<br>NURHAN<br>BOTVINSKY |

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 212 | 2/4/11 | $50,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK<br>BEZIKI |
| 213 | 2/8/11 | $39,000 | KATS<br>BOTVINSKY<br>BEZIK |
| 214 | 2/10/11 | $30,000 | NURHAN<br>BOTVINSKY<br>BEZIK |
| 215 | 2/11/11 | $30,000 | KATS<br>NURHAN<br>BEZIK |
| 216 | 2/14/11 | $30,000 | NURHAN<br>BOTVINSKY<br>BEZIK |
| 217 | 2/15/11 | $40,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK |
| 218 | 2/16/11 | $40,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK |
| 219 | 2/18/11 | $40,000 | KATS<br>NURHAN<br>BOTVINSKY<br>BEZIK |
| 220 | 2/22/11 | $20,000 | KATS<br>NURHAN |
| 221 | 2/23/11 | $20,000 | NURHAN<br>BOTVINSKY<br>BEZIK |
| 222 | 2/24/11 | $20,000 | KATS<br>NURHAN |
| 223 | 2/25/11 | $20,000 | NURHAN<br>BEZIK |

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 224 | 3/1/11 | $30,000 | NURHAN BOTVINSKY BEZIK |
| 225 | 3/2/11 | $20,000 | NURHAN BOTVINSKY |
| 226 | 3/3/11 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |
| 227 | 3/4/11 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |
| 228 | 3/8/11 | $30,000 | NURHAN BOTVINSKY BEZIK |
| 229 | 3/9/11 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |
| 230 | 3/10/11 | $30,000 | KATS NURHAN BOTVINSKY |
| 231 | 3/11/11 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |
| 232 | 3/12/11 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |
| 233 | 3/15/11 | $35,000 | NURHAN BOTVINSKY BEZIK BEZIKI |
| 234 | 3/16/11 | $25,000 | NURHAN BOTVINSKY BEZIKI |
| 235 | 3/17/11 | $20,000 | NURHAN BOTVINSKY |

25

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 236 | 3/21/11 | $29,000 | NURHAN BOTVINSKY BEZIK |
| 237 | 3/22/11 | $20,000 | NURHAN BOTVINSKY |
| 238 | 3/23/11 | $32,500 | KATS NURHAN |
| 239 | 3/24/11 | $30,000 | NURHAN BOTVINSKY BEZIK |
| 240 | 3/25/11 | $30,000 | NURHAN BOTVINSKY BEZIK |
| 241 | 3/28/11 | $30,000 | KATS NURHAN BOTVINSKY |
| 242 | 3/29/11 | $20,000 | NURHAN BOTVINSKY |
| 243 | 4/1/11 | $30,000 | KATS NURHAN BOTVINSKY |
| 244 | 4/6/11 | $39,100 | KATS NURHAN BOTVINSKY BEZIK |
| 245 | 4/7/11 | $30,000 | KATS NURHAN BOTVINSKY |
| 246 | 4/8/11 | $29,500 | NURHAN BOTVINSKY BEZIK |
| 247 | 4/11/11 | $30,000 | NURHAN BOTVINSKY BEZIK |
| 248 | 4/21/11 | $40,000 | KATS NURHAN BOTVINSKY BEZIK |

| OVERT ACT | DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | DEFENDANTS CONDUCTING TRANSACTION |
|---|---|---|---|
| 249 | 4/22/11 | $30,000 | KATS NURHAN BEZIK |
| 250 | 4/25/11 | $30,000 | NURHAN BOTVINSKY BEZIK |
| 251 | 4/27/11 | $30,000 | KATS NURHAN BOTVINSKY |

COUNT TWO

[31 U.S.C. §§ 5324(a)(3), (d)(2), 18 U.S.C. § 2(a)]

On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendants PETER KATS, also known as ("aka") "Pyotr Kats" ("KATS"), and AZIZ NURHAN ("NURHAN"), while aiding and abetting each other, knowingly and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a), and the regulations promulgated thereunder, structured, assisted in structuring, and attempted to structure and assist in structuring, the following withdrawal transactions with Wells Fargo Bank, a domestic financial institution, namely, the United States currency and cashier's check withdrawals from Account No. XXXXXX5727 described below, as part of a pattern of illegal activity involving more than $100,000 in a twelve-month period:

| DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | ACCOUNT SIGNATORY |
| --- | --- | --- |
| 1/8/09 | $20,000 | KATS |
| 1/9/09 | $40,000 | KATS |
| 1/13/09 | $50,000 | KATS |
| 1/15/09 | $30,000 | KATS |
| 1/20/09 | $30,000 | KATS |
| 1/21/09 | $30,000 | KATS |
| 1/23/09 | $40,000 | KATS |
| 1/26/09 | $40,000 | KATS |
| 1/27/09 | $50,000 | KATS |
| 1/28/09 | $40,000 | KATS |
| 1/30/09 | $30,000 | KATS |

| DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | ACCOUNT SIGNATORY |
|---|---|---|
| 2/4/09 | $40,000 | KATS |
| 2/5/09 | $40,000 | KATS |
| 2/9/09 | $50,000 | KATS |
| 2/10/09 | $40,000 | KATS |
| 2/11/09 | $40,000 | KATS |
| 2/12/09 | $20,000 | KATS |
| 2/13/09 | $40,000 | KATS |
| 3/12/09 | $30,000 | KATS |
| 3/20/09 | $20,000 | KATS |
| 3/21/09 | $20,000 | KATS |
| 3/24/09 | $40,000 | KATS |
| 4/10/09 | $30,000 | KATS |
| 4/14/09 | $30,000 | KATS |
| 4/16/09 | $20,000 | KATS |
| 4/21/09 | $20,000 | KATS |
| 5/4/09 | $28,000 | KATS |
| 5/14/09 | $28,000 | KATS |
| 5/19/09 | $30,000 | KATS |
| 5/21/09 | $33,000 | KATS |
| 5/22/09 | $30,000 | KATS |
| 5/27/09 | $20,000 | KATS |
| 5/29/09 | $40,000 | KATS |
| 6/4/09 | $29,000 | KATS |
| 6/5/09 | $30,000 | KATS |
| 6/6/09 | $40,000 | KATS |
| 6/8/09 | $30,000 | KATS |
| 6/9/09 | $30,000 | KATS |
| 6/10/09 | $40,000 | KATS |
| 6/11/09 | $40,000 | KATS |

| DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | ACCOUNT SIGNATORY |
|---|---|---|
| 9/1/09 | $20,000 | KATS |
| 9/15/09 | $16,000 | KATS |
| 9/17/09 | $25,000 | KATS |
| 9/25/09 | $30,000 | KATS |
| 9/26/09 | $25,000 | KATS |
| 10/9/09 | $25,000 | KATS |
| 10/27/09 | $40,000 | KATS |
| 2/2/10 | $20,000 | KATS |
| 2/12/10 | $40,000 | KATS |
| 2/13/10 | $22,000 | KATS |
| 2/19/10 | $40,000 | KATS |
| 2/23/10 | $50,000 | KATS |
| 3/2/10 | $60,000 | KATS |
| 3/3/10 | $70,000 | KATS |
| 3/9/10 | $50,000 | KATS |
| 3/12/10 | $50,000 | KATS |
| 3/15/10 | $20,000 | KATS |
| 3/16/10 | $20,000 | KATS |
| 3/17/10 | $20,000 | KATS |
| 3/22/10 | $50,000 | KATS |
| 3/23/10 | $60,000 | KATS |
| 3/24/10 | $55,000 | KATS |
| 3/25/10 | $27,000 | KATS |
| 3/26/10 | $20,000 | KATS |
| 3/29/10 | $20,000 | KATS |
| 3/30/10 | $60,000 | KATS |
| 3/31/10 | $60,000 | KATS |
| 4/1/10 | $60,000 | KATS |
| 4/2/10 | $70,000 | KATS |

| DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | ACCOUNT SIGNATORY |
|---|---|---|
| 4/3/10 | $50,000 | KATS |
| 4/8/10 | $20,000 | KATS |
| 4/9/10 | $70,000 | KATS |
| 4/19/10 | $13,500 | KATS |
| 4/23/10 | $40,000 | KATS |
| 4/26/10 | $40,000 | KATS |
| 4/28/10 | $60,000 | KATS |
| 5/4/10 | $20,000 | KATS |
| 5/5/10 | $20,000 | KATS |
| 5/7/10 | $20,000 | KATS |
| 5/12/10 | $21,500 | KATS |
| 5/13/10 | $20,000 | KATS |
| 5/17/10 | $30,000 | KATS |
| 5/19/10 | $29,000 | KATS |
| 5/20/10 | $19,000 | KATS |
| 5/21/10 | $50,000 | KATS |
| 5/22/10 | $20,000 | KATS |
| 5/24/10 | $30,000 | KATS |
| 5/25/10 | $45,000 | KATS |
| 5/26/10 | $29,000 | KATS |
| 6/2/10 | $20,000 | KATS |
| 6/3/10 | $20,000 | KATS |
| 6/4/10 | $30,000 | KATS |
| 6/8/10 | $20,000 | KATS |
| 6/9/10 | $20,000 | KATS |
| 6/16/10 | $30,000 | KATS |
| 6/17/10 | $30,000 | KATS |
| 6/18/10 | $30,000 | KATS |
| 6/21/10 | $30,000 | KATS |

| DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | ACCOUNT SIGNATORY |
|---|---|---|
| 6/22/10 | $30,000 | KATS |
| 6/23/10 | $40,000 | KATS |
| 6/24/10 | $20,000 | KATS |
| 6/25/10 | $30,000 | KATS |
| 6/28/10 | $40,000 | KATS |
| 6/29/10 | $30,000 | KATS |
| 6/30/10 | $40,000 | KATS |
| 7/1/10 | $30,000 | KATS |
| 7/2/10 | $40,000 | KATS |
| 7/6/10 | $20,000 | KATS |
| 7/12/10 | $20,000 | KATS |
| 7/15/10 | $30,000 | KATS NURHAN |
| 7/16/10 | $30,000 | KATS NURHAN |
| 7/19/10 | $30,000 | KATS NURHAN |
| 7/20/10 | $30,000 | KATS NURHAN |
| 7/21/10 | $20,000 | KATS NURHAN |
| 7/22/10 | $20,000 | KATS NURHAN |
| 7/23/10 | $20,000 | KATS NURHAN |
| 7/24/10 | $30,000 | KATS NURHAN |
| 7/27/10 | $40,000 | KATS NURHAN |
| 7/28/10 | $20,000 | KATS NURHAN |
| 7/29/10 | $40,000 | KATS NURHAN |

| DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | ACCOUNT SIGNATORY |
|---|---|---|
| 7/30/10 | $30,000 | KATS NURHAN |
| 7/31/10 | $20,000 | KATS NURHAN |
| 8/3/10 | $40,000 | KATS NURHAN |
| 8/4/10 | $30,000 | KATS NURHAN |
| 8/5/10 | $40,000 | KATS NURHAN |
| 8/9/10 | $40,000 | KATS NURHAN |
| 8/10/10 | $30,000 | KATS NURHAN |
| 8/11/10 | $40,000 | KATS NURHAN |
| 8/12/10 | $30,000 | KATS NURHAN |
| 8/13/10 | $40,000 | KATS NURHAN |
| 8/16/10 | $20,000 | KATS NURHAN |
| 8/17/10 | $30,000 | KATS NURHAN |
| 8/18/10 | $40,000 | KATS NURHAN |
| 8/19/10 | $30,000 | KATS NURHAN |
| 8/20/10 | $40,000 | KATS NURHAN |
| 8/23/10 | $40,000 | KATS NURHAN |
| 8/24/10 | $30,000 | KATS NURHAN |
| 8/25/10 | $40,000 | KATS NURHAN |

| DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | ACCOUNT SIGNATORY |
|---|---|---|
| 8/26/10 | $30,000 | KATS NURHAN |
| 8/27/10 | $40,000 | KATS NURHAN |
| 8/30/10 | $40,000 | KATS NURHAN |
| 9/1/10 | $30,000 | KATS NURHAN |
| 9/2/10 | $40,000 | KATS NURHAN |
| 9/3/10 | $40,000 | KATS NURHAN |
| 9/7/10 | $40,000 | KATS NURHAN |
| 9/8/10 | $40,000 | KATS NURHAN |
| 9/9/10 | $40,000 | KATS NURHAN |
| 9/10/10 | $20,000 | KATS NURHAN |
| 9/13/10 | $40,000 | KATS NURHAN |
| 9/14/10 | $30,000 | KATS NURHAN |
| 9/15/10 | $40,000 | KATS NURHAN |
| 9/16/10 | $30,000 | KATS NURHAN |
| 9/17/10 | $30,000 | KATS NURHAN |
| 9/20/10 | $20,000 | KATS NURHAN |
| 9/22/10 | $40,000 | KATS NURHAN |
| 9/23/10 | $40,000 | KATS NURHAN |

| DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | ACCOUNT SIGNATORY |
|---|---|---|
| 9/24/10 | $40,000 | KATS NURHAN |
| 9/27/10 | $30,000 | KATS NURHAN |
| 9/28/10 | $40,000 | KATS NURHAN |
| 9/29/10 | $30,000 | KATS NURHAN |
| 9/30/10 | $40,000 | KATS NURHAN |
| 10/5/10 | $50,000 | KATS NURHAN |
| 10/6/10 | $50,000 | KATS NURHAN |
| 10/7/10 | $40,000 | KATS NURHAN |
| 10/8/10 | $50,000 | KATS NURHAN |
| 10/11/10 | $50,000 | KATS NURHAN |
| 10/12/10 | $40,000 | KATS NURHAN |
| 10/13/10 | $40,000 | KATS NURHAN |
| 10/26/10 | $50,000 | KATS NURHAN |
| 10/27/10 | $50,000 | KATS NURHAN |
| 10/28/10 | $50,000 | KATS NURHAN |
| 10/29/10 | $50,000 | KATS NURHAN |
| 11/2/10 | $50,000 | KATS NURHAN |
| 11/3/10 | $50,000 | KATS NURHAN |

| DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | ACCOUNT SIGNATORY |
|---|---|---|
| 11/4/10 | $30,000 | KATS NURHAN |
| 11/5/10 | $30,000 | KATS NURHAN |
| 11/8/10 | $80,000 | KATS NURHAN |
| 11/9/10 | $50,000 | KATS NURHAN |
| 11/10/10 | $50,000 | KATS NURHAN |
| 11/12/10 | $20,000 | KATS NURHAN |
| 11/15/10 | $90,000 | KATS NURHAN |
| 11/17/10 | $50,000 | KATS NURHAN |
| 11/29/10 | $50,000 | KATS NURHAN |
| 11/30/10 | $50,000 | KATS NURHAN |
| 12/3/10 | $50,000 | KATS NURHAN |
| 12/6/10 | $50,000 | KATS NURHAN |
| 12/7/10 | $50,000 | KATS NURHAN |
| 12/8/10 | $50,000 | KATS NURHAN |
| 12/13/10 | $50,000 | KATS NURHAN |
| 12/14/10 | $50,000 | KATS NURHAN |
| 12/15/10 | $40,000 | KATS NURHAN |
| 12/21/10 | $50,000 | KATS NURHAN |

| DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | ACCOUNT SIGNATORY |
|---|---|---|
| 12/22/10 | $50,000 | KATS NURHAN |
| 12/23/10 | $50,000 | KATS NURHAN |
| 1/5/11 | $50,000 | KATS NURHAN |
| 1/6/11 | $50,000 | KATS NURHAN |
| 1/7/11 | $50,000 | KATS NURHAN |
| 1/11/11 | $90,000 | KATS NURHAN |
| 1/12/11 | $20,000 | KATS NURHAN |
| 1/13/11 | $50,000 | KATS NURHAN |
| 1/14/11 | $50,000 | KATS NURHAN |
| 1/18/11 | $40,000 | KATS NURHAN |
| 1/19/11 | $40,000 | KATS NURHAN |
| 1/21/11 | $40,000 | KATS NURHAN |
| 1/24/11 | $30,000 | KATS NURHAN |
| 1/25/11 | $40,000 | KATS NURHAN |
| 1/27/11 | $20,000 | KATS NURHAN |
| 1/28/11 | $31,800 | KATS NURHAN |
| 1/31/11 | $60,000 | KATS NURHAN |
| 2/2/11 | $30,000 | KATS NURHAN |

| DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | ACCOUNT SIGNATORY |
|---|---|---|
| 2/3/11 | $30,000 | KATS NURHAN |
| 2/4/11 | $50,000 | KATS NURHAN |
| 2/8/11 | $39,000 | KATS NURHAN |
| 2/10/11 | $30,000 | KATS NURHAN |
| 2/11/11 | $30,000 | KATS NURHAN |
| 2/14/11 | $30,000 | KATS NURHAN |
| 2/15/11 | $40,000 | KATS NURHAN |
| 2/16/11 | $40,000 | KATS NURHAN |
| 2/18/11 | $40,000 | KATS NURHAN |
| 2/22/11 | $20,000 | KATS NURHAN |
| 2/23/11 | $20,000 | KATS NURHAN |
| 2/24/11 | $20,000 | KATS NURHAN |
| 2/25/11 | $20,000 | KATS NURHAN |
| 3/1/11 | $30,000 | KATS NURHAN |
| 3/2/11 | $20,000 | KATS NURHAN |
| 3/3/11 | $40,000 | KATS NURHAN |
| 3/4/11 | $40,000 | KATS NURHAN |
| 3/8/11 | $30,000 | KATS NURHAN |

| DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | ACCOUNT SIGNATORY |
|---|---|---|
| 3/9/11 | $40,000 | KATS NURHAN |
| 3/10/11 | $30,000 | KATS NURHAN |
| 3/11/11 | $40,000 | KATS NURHAN |
| 3/12/11 | $40,000 | KATS NURHAN |
| 3/15/11 | $35,000 | KATS NURHAN |
| 3/16/11 | $25,000 | KATS NURHAN |
| 3/17/11 | $20,000 | KATS NURHAN |
| 3/21/11 | $29,000 | KATS NURHAN |
| 3/22/11 | $20,000 | KATS NURHAN |
| 3/23/11 | $32,500 | KATS NURHAN |
| 3/24/11 | $30,000 | KATS NURHAN |
| 3/25/11 | $30,000 | KATS NURHAN |
| 3/28/11 | $30,000 | KATS NURHAN |
| 3/29/11 | $20,000 | KATS NURHAN |
| 4/1/11 | $30,000 | KATS NURHAN |
| 4/6/11 | $39,100 | KATS NURHAN |
| 4/7/11 | $30,000 | KATS NURHAN |
| 4/8/11 | $29,500 | KATS NURHAN |

| DATE OF WITHDRAWAL | TOTAL AMOUNT WITHDRAWN | ACCOUNT SIGNATORY |
|---|---|---|
| 4/11/11 | $30,000 | KATS NURHAN |
| 4/21/11 | $40,000 | KATS NURHAN |
| 4/22/11 | $30,000 | KATS NURHAN |
| 4/25/11 | $30,000 | KATS NURHAN |
| 4/27/11 | $30,000 | KATS NURHAN |

A TRUE BILL

/s/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

ELIZABETH R. YANG
Assistant United States Attorney
Chief, Violent & Organized Crime Section

CHRISTOPHER BRUNWIN
Assistant United States Attorney,
Deputy Chief, Violent & Organized Crime Section

NILI T. MOGHADDAM
Assistant United States Attorney,
Violent & Organized Crime Section

40